IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GREGG CHAMBERS, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>EUGENE TUMBARELLO, AN INDIVIDUAL; AND SHAMROCK PAINTING, INC.,<br>Respondents. | No. 82398<br><br>**FILED**<br><br>MAR 01 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to quash a bench warrant.[1] Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Respondents move to dismiss this appeal for lack of jurisdiction. They contend the challenged order is not substantively appealable. Appellant opposes the motion. He argues that the order is appealable as a special order after final judgment under NRAP 3A(b)(8) because it was entered after the final judgment.[2] We disagree with appellant.

"[N]ot all post-judgment orders are appealable." *Burton v. Burton*, 99 Nev. 698, 700, 669 P.2d 703, 705 (1983). An appealable special order after final judgment is an order that affects the rights of a party to the action growing out of the previously entered judgment. *Gumm v. Mainor*, 118 Nev. 912, 914, 59 P.3d 1220, 1221 (2002). Here, the order

---

[1]The clerk shall modify the caption of this appeal consistent with the caption on this order.

[2]Appellant's request that the motion to dismiss be denied because he was not served with the motion at the correct address is denied.

21-05915

denying the motion to quash a bench warrant does not affect the rights of any party growing out of the final judgment. Thus, it is not a special order after final judgment. And no other statute or court rule appears to allow an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). As this court lacks jurisdiction, we grant the motion to dismiss and

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.          _____, J.
Pickering                                            Herndon

cc:    Hon. Tierra Danielle Jones, District Judge
       Gregg Chambers
       Cory Reade Dows & Shafer
       Eighth District Court Clerk